Alan I. Model (N.J. Bar No. 035511993)
Jeannine R. Idrissa (N.J. Bar No. 026682003)
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendants

**CLOSED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT FAULKNER, <br><br> Plaintiff, <br><br> vs. <br><br> THE MANISCHEWITZ COMPANY and BEA SCOTTI <br><br> Defendants. | Case No. 2:17-cv-01984 (ES)(MAH) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Robert Faulkner and the undersigned counsel of record for Defendants The Manischewitz Company and Bea Scotti that the above captioned action shall be and is hereby dismissed with prejudice as to all of Plaintiff's claims against all Defendants, without costs or attorneys' fees to any party.

By: *[signature]*
Robert Faulkner
32 Cambridge Road
Verona, New Jersey 07044

**LITTLER MENDELSON, P.C.**

By: *[signature]*
Alan Model, Esq.
One Newark Center, 8th Floor
Newark, New Jersey 07102
(973) 848-4700
Attorneys for Defendants

*So Ordered*
*[signature]* USDJ
11/20/17

8
*CONFIDENTIAL AGREEMENT*